M. P. No. 74-113. NEWPORT GAS LIGHT COMPANY *v.* JOHN H. NORBERG, *Tax Administrator.* Motion of Newport Gas Light Company to add The Providence Gas Company as a party plaintiff-respondent is granted. *Moore, Virgadamo, Boyle & Lynch, Ltd., Salvatore L. Virgadamo,* for plaintiff-respondent. *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for defendant-petitioner.

M. P. No. 74-117. RAYMOND J. MARTIN *et ux. v.* DR. RICHARD KRAEMER *et al.* Motion of respondents to affirm the judgment of the Superior Court under Rule 16(g), as amended, is denied. *McGee, Gifford, Farrelly & Keough, Joseph A. Keough,* for plaintiffs-respondents. *Edward L. Gnys, Jr.,* for defendant-petitioner George Mitchell.

M. P. No. 74-141. DONALD HILL *v.* JAMES W. MULLEN, *Warden.* Motion of petitioner to remand is granted, and the papers in this case are remanded to the Superior Court for the sole purpose of hearing and determining petitioner's motion to reduce sentence under Super. R. Crim. P. 35. Thereafter the papers are to be returned forthwith. *William F. Reilly,* Public Defender, *Peter DiBiase,* Asst. Public Defender, for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

M. P. No. 74-286. RICHARDINO SANTOS *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus denied. *Alton W. Wiley,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.